■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WEEKS, Appellant. [620 NYS2d 1010] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered November 19, 1992, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the evidence was legally insufficient to prove his guilt of criminal possession of a weapon in the second degree is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Bynum,* 70 NY2d 858). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence imposed was not excessive. Bracken, J. P., Balletta, Friedmann and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY WILLIAMS, Appellant. [620 NYS2d 1010] —Appeal by the defendant from a sentence of the Supreme Court, Kings County (Pesce, J.), imposed June 24, 1992.

Ordered that the sentence is affirmed *(see, People v Burton,* 133 AD2d 276). Mangano, P. J., Thompson, Pizzuto, Joy and Florio, JJ., concur.